ANNIE MELICK, RESPONDENT, v. METROPOLITAN LIFE INSURANCE COMPANY, APPELLANT.

Submitted December 8, 1913—Decided March 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 55 *Vroom* 437.

For the appellant, *McCarter & English.*

For the respondent, *Samuel Press.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 8.

*For reversal*—THE CHIEF JUSTICE, PARKER, HEPPENHEIMER, JJ. 3.